## No. 11,688.

JOSEPHUS GILBERT vs. LOUIS LIEBMAN, ADMINISTRATOR.

APPEAL from the First Judicial District Court, Parish of Caddo. *Taylor, J.*

McENERY, J., delivered the opinion of the court.

No judgment can be based on testimony which is obscure and uncertain and indefinite as to amounts.

Where a commercial firm keeps no account as to credit sales, and the record is silent as to the loss or destruction of the books, in which such accounts should be kept, it will be presumed that no credit sales were made.

Judgment amended reducing judgment appealed from.